UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KRYGOSKI CONSTRUCTION
CO., INC.,

       Plaintiff,

v.                                      Case No. 2:04-cv-76
                                        HON. DAVID W. MCKEAGUE

CITY OF MENOMINEE, et al.,

       Defendants.
_____/

## **ORDER**

In accordance with the Opinion issued herewith,

IT IS HEREBY ORDERED that plaintiff's motion to compel depositions and to extend dates for discovery (Docket #114) is DENIED IN PART AND GRANTED IN PART. Plaintiff may continue the deposition of Mr. Austin. No further discovery depositions will be allowed in this case.

IT IS FURTHER ORDERED that the United States Environmental Protection Agency's motion to quash subpoenas (Docket #133) is GRANTED and Congressman Stupak's motion to quash subpoena ad testificandum (Docket #112) is GRANTED.

IT IS SO ORDERED.

                                                 /s/ Timothy P. Greeley
                                                 TIMOTHY P. GREELEY
                                                 UNITED STATES MAGISTRATE JUDGE

Dated: July 13, 2005